IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

ERIC G. ROBERTS                                                                                          PETITIONER

VS.                                                                      CIVIL ACTION NO. 3:22-cv-513-CWR-FKB

BILLIE SOLLIE                                                                                           RESPONDENT

## **REPORT AND RECOMMENDATION**

Eric G. Roberts filed this action pursuant to 42 U.S.C. § 2241 while he was a pretrial detainee in the Lauderdale County Detention Center. In the petition, he asked for dismissal of his pending criminal charge. Presently before the Court is the motion [12] of Respondent to dismiss the petition as moot. Roberts has not responded to the motion. The undersigned recommends that the motion be granted.

At the time of the filing of the petition, Roberts was awaiting trial for aggravated assault. Roberts alleged in his petition that he had been held without due process since July of 2019.[1] In his motion to dismiss the petition, Respondent has submitted court documents indicating that on January 19, 2023, Roberts pleaded guilty to the charge and was sentenced to ten years, with seven years, 123 days suspended and five years of supervised release. [12-11], [12-12]. He was given prior custody credit and was released that day. *Id.*

Roberts's  requests that the charge be dismissed is clearly moot, as the charge is no longer pending, and he is no longer being held in pretrial detention. For these

---

[1] The records submitted by Respondent indicate that Roberts was not incarcerated continually during this period but was out on bond for approximately eleven months. [12-6], [12-12] at 4, [12-13].

reasons, the undersigned recommends that Respondent's motion be granted and that this matter be dismissed.

The parties are hereby notified that failure to file written objections to the proposed findings, conclusions, and recommendation contained within this report and recommendation within fourteen (14) days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the proposed factual findings and legal conclusions accepted by the district court.  28 U.S.C. § 636; Fed. R. Civ. P. 72(b); *Douglass v. United Services Automobile Ass'n*, 79 F.3d 1415, 1428-29 (5th Cir. 1996).

Respectfully submitted, this the 26th day of April, 2023.

s/ F. Keith Ball_____
United States Magistrate Judge
